**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                                     PLAINTIFF

v.                                           NO. 4:14-cr-00208-JM-1

CHARLIE RAY RICHARDS                                                                         DEFENDANT

**JUDGMENT and COMMITMENT ORDER**

Court convened on Thursday, October 7, 2021, for a scheduled hearing on the government's motion to revoke the supervised release of defendant Charlie Ray Richards. Assistant United States Attorney Benecia Moore was present for the government. The defendant appeared in person with his attorney, Arkie Byrd.

At the onset of the hearing, the defendant admitted the allegations contained in the motion to revoke. Following statements by counsel and the defendant, the Court determined the motion to revoke should be granted. Doc. No. 56.

IT IS THEREFORE ORDERED that defendant Charlie Ray Richards' term of supervised release is revoked. The defendant is ordered to participate in and successfully complete a thirty (30) day in-patient substance abuse treatment program at the Recovery Centers of Arkansas (RCA), under the direction of the probation office.

Upon successful completion of the in-patient substance abuse treatment program, the defendant will enter a chemical-free living program for a period of sixty (60) days under the direction of the probation office.

Following successful completion of the in-patient substance abuse treatment and chemical-free living programs, the defendant will be on a term of supervised release for a period of SIX (6) MONTHS.

The defendant will remain in the custody of the United States Marshal until such time that bed space becomes available at RCA.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 7th day of October 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE